NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

MICROSEMI CORPORATION, ·
*Intervenor.*

2010-1482

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

## ON MOTION

## ORDER

O2 Micro International, Ltd. and O2 Micro, Inc. move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Henry C. Bunsow, Esq.
Panyin A. Hughes, Esq.
Mark W. Yocca, Esq.

s21

Issued As A Mandate: _____FEB 0 1 2012_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2012

JAN HORBALY
CLERK